```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

**DURVEN CARL DAWES,**                              20-cv-1417 (JGK)

        Plaintiff,                     <u>ORDER</u>

  - against -

**NEW YORK CITY HOUSING AUTHORITY ET AL.,**

        Defendants.

------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a status report by February 9, 2021. The Clerk is directed to mail a copy of this order to the <u>pro se</u> plaintiff.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **February 2, 2021**

                                         <u>/s/ John G. Koeltl</u>
                                            John G. Koeltl
                                  United States District Judge