**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**DURVEN CARL DAWES,**

               **Plaintiff,**          20-cv-1417 (JGK)

    - against -                         <u>ORDER</u>

**NEW YORK CITY HOUSING AUTHORITY ET AL.,**

               **Defendants.**
------------------------------------

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed an amended complaint that did not name several of the defendants in the original complaint. It is unclear if these defendants were omitted on purpose. Because the plaintiff is proceeding <u>pro se</u>, the Court grants the plaintiff leave to file a second amended complaint by **March 1, 2021** that includes <u>all claims</u> against <u>all defendants</u> that the plaintiff wishes to proceed with in this case.

    The Clerk is directed to mail a copy of this order to the <u>pro se</u> Plaintiff.

**SO ORDERED.**

**Dated:    New York, New York**
           **February 9, 2021**                    /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                         **United States District Judge**