```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURVEN CARL DAWES,

                Plaintiff,

      -against-

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

                Defendants.

20-CV-1417 (JGK)

ORDER OF SERVICE

JOHN G. KOELTL, District Judge:

    In a letter dated May 10, 2021, the counsel for the New York City Housing Authority ("NYCHA") responded to the Court's Valentin order and provided the last known address for the defendants who are former employees, except "Mr. Smith," who NYCHA has not been able to identify. The letter also informed the Court that the defendant "Bilal Jones" is "Bianca Jones." See ECF No. 25.

    In a letter dated June 10, 2021, the counsel for NYCHA alerted the Court that these defendants were not served at the last know addresses provided by NYCHA, but instead at NYCHA's old address at 250 Broadway. NYCHA also requests that the case be stayed pending the service of all defendants. See ECF No. 39.

### CONCLUSION

    The Clerk of Court is directed to complete the USM-285 forms and deliver to the United States Marshals Service all

documents necessary to effect service on the defendants on the attached list at the addresses included therein.

The plaintiff is directed to provide more information about "Mr. Smith" to help NYCHA locate this defendant.

The case continues to be stayed until all defendants are served or waive service but, in any event, the defendants will provide the Court with a status update by **July 11, 2021.**

The Clerk is directed to mail a copy of this order to the pro se plaintiff.

The defendants are directed to serve a copy of all correspondence to the Court on the pro se plaintiff.

**SO ORDERED.**

Dated: June 11, 2021
  New York, New York

/s/ John G. Koeltl
JOHN G. KOELTL
**United States District Judge**

**DEFENDANTS TO BE SERVED BY THE UNITED STATES MARSHALS SERVICE:**

1. Lynette Hill, 1035 Bryant Ave., Bronx, NY 10459;

2. Anita Lal, 81-07 249th Street, Bellerose, NY 11426;

3. Mohammed Zubair, 106-31 155th Street, Jamaica, NY 11433;

4. Bianca Jones, 56 W. 125th Street, Apt. 807, New York, New York, 10027;

5. Paul Sebastian, 247-66A 77th Crescent, Bellerose, NY 11426.