```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| DURVEN CARL DAWES,<br>                 Plaintiff, | 20-cv-1417 (JGK) |
| - against - | ORDER |
| NEW YORK CITY HOUSING AUTHORITY ET AL.,<br>                 Defendants. | |

[Stamp: Copy mailed to pro se party(ies) at docket address]

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide more information about defendant "Mr. Smith" and about the seven "John Doe" defendants in this case, to help NYCHA locate these defendants. If the plaintiff does not provide such information within 60 days, the Court will dismiss the case against these defendants for failure to serve pursuant to Federal Rule of Civil Procedure 4(m).

    It also appears that named defendants Lynette Hill, Anita Lal, Mohammed Zubair, and Paul Sebastian have not yet been served. The plaintiff is reminded that it is the plaintiff's responsibility to ensure the defendants are served. Fed. R. Civ. P. 4(c)(1). The time to serve all defendants is extended to November 22, 2021. If these defendants are not served within 60 days, the Court may dismiss the case against these defendants also for failure to serve pursuant to Rule 4(m).

The case continues to be stayed for 60 days or until all defendants are served or waive service, whichever is earlier. The defendants should provide the Court with a status update by **November 22, 2021.**

SO ORDERED.
Dated:    New York, New York
          September 22, 2021

_____
John G. Koeltl
**United States District Judge**