UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DURVEN CARL DAWES,

                        Plaintiff,                    20-cv-1417 (JGK)

            - against -                               ORDER

NEW YORK CITY HOUSING AUTHORITY ET
AL.,
                        Defendants.
_____

JOHN G. KOELTL, District Judge:


        The time to serve all defendants is extended to **December 19,**

**2021.** The case continues to be stayed for 30 days or until all

defendants are served or waive service, whichever is earlier. As

requested in the Court's Order dated September 22, 2021, the

defendants should provide the Court with a status update by

**November 22, 2021.**

        The Clerk is directed to mail a copy of this Order to each of

the pro se parties and to note service on the docket.


SO ORDERED.
Dated:    New York, New York
          November 19, 2021

                                          _____
                                                John G. Koeltl
                                          United States District Judge