```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DURVEN CARL DAWES,
                Plaintiff,        20-cv-1417 (JGK)

    - against -                ORDER

NEW YORK CITY HOUSING AUTHORITY ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The time for the defendants to move or to answer the complaint is **January 21, 2022.**

    As indicated in the Court's Order dated November 19, 2021, the time for the plaintiff to serve the defendants who have not yet been served is **December 19, 2021.** The Court reminds the plaintiff that he must plead specific facts about what defendant "Mr. Smith (Repairs)" and the seven "John Doe" defendants did or failed to do that violated his rights, and state the dates that these alleged violations occurred.

    In their letter dated November 22, 2021, the NYCHA Defendants indicated that defendant Paul Sebastian is deceased.

    The Clerk is directed to mail a copy of this Order to the pro se party and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
           November 23, 2021

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                          United States District Judge