```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

DURVEN CARL DAWES,

              Plaintiff,        20-cv-1417 (JGK)

    - against -         ORDER

NEW YORK CITY HOUSING AUTHORITY ET AL.,

              Defendants.

--------------------------------------------------

JOHN G. KOELTL, District Judge:

    The plaintiffs request for an extension of the time to serve until **January 19, 2022**, is **granted**. The Clerk is directed to mail a copy of this Order to the pro se party and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            January 4, 2022

                                        John G. Koeltl
                             United States District Judge