```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

DURVEN CARL DAWES,
                        Plaintiff,          20-cv-1417 (JGK)

       - against -                 ORDER OF SERVICE

NEW YORK CITY HOUSING AUTHORITY ET AL.,
                        Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff, appearing pro se, brings this action under the Court's federal question jurisdiction, alleging that the defendants violated his rights under federal law. By order dated March 30, 2020, the Court granted the plaintiff's request to proceed without prepayment of fees, that is, in forma pauperis ("IFP"). Because the plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. Walker v. Schult, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the Court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

    By order dated February 16, 2022, the Court directed NYCHA to attempt to identify certain unidentified defendants. ECF No. 59. In a letter dated March 21, 2022, NYCHA provided the full

names and titles of John Doe 1 (Chris Jorge, Caretaker) and John Doe 2 (Freddy Wilson, Maintenance Worker). ECF No. 60. Both individuals are employed by NYCHA. Previous NYCHA employees have been successfully served at the address of NYCHA:

> New York City Housing Authority
> 250 Broadway, 9th Floor
> New York, NY 10007

To allow the plaintiff to effect service on defendants Chris Jorge and Freddy Wilson through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants with the above address. The Clerk is further instructed to issue summonses and to deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon these defendants.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff and note service in the docket.

**SO ORDERED.**
**Dated:** New York, New York
April 25, 2022

John G. Koeltl
United States District Judge