UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DURVEN CARL DAWES,

                Plaintiff,        20-cv-1417 (JGK)

   - against -                ORDER

NEW YORK CITY HOUSING AUTHORITY ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    All the defendants may move or answer the complaint by **June 3, 2022**. The plaintiff may respond by **June 24, 2022**. The defendants may reply by **July 28, 2022**. No pre-motion conference is necessary.

SO ORDERED.

Dated:    New York, New York
           May 13, 2022

                                      John G. Koeltl
                              United States District Judge