UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DURVEN CARL DAWES,

                            Plaintiff,

        -against-

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

                            Defendant.
------------------------------------------------------------------X

**ORDER**

**20-CV-1417 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The request for adjournment of the Initial Case Management Conference is DENIED. The Parties are directed to attend the conference on **Thursday, May 26, 2022 at 2:00 PM** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.

      The Court is in receipt of Plaintiff's Proposed Case Management Plan. Dkt. No. 74. The Clerk of Court is respectfully requested to send a copy of this Order to Plaintiff, and to terminate the motion at Dkt. No. 75.

      SO ORDERED.

Dated: New York, New York
         May 13, 2022

                                                  JENNIFER E. WILLIS
                                                  United States Magistrate Judge