UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DURVEN CARL DAWES,

                        Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

                        Defendant.
------------------------------------------------------------------X

**ORDER**

**20-CV-1417 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court held an Initial Case Management Conference on May 26, 2022. At that conference, the Court adopted the following schedule:

- Initial requests for documents to be made by **August 31, 2022**.
- Responses to requests for documents to be made by **September 30, 2022**.
- Subpoenas requesting documents from third-parties to be served by **October 15, 2022**.
- Depositions to be completed by **November 14, 2022**.
- Fact discovery to be completed by **January 15, 2023**.

Defendants are instructed to order a copy of the hearing transcript, in accordance with Judge Willis's Individual Practice Rules.

SO ORDERED.

Dated: New York, New York
       May 27, 2022

                                                       JENNIFER E. WILLIS
                                                       United States Magistrate Judge