UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DURVEN CARL DAWES,

                                       Plaintiff,

-against-

NEW YORK CITY HOUSING AUTHORITY, *et al.*,

                                       Defendant.
-----------------------------------------------------------------X

**ORDER**

**20-CV-1417 (JGK) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has received Plaintiff's letter requesting an extension on the time to file a response to Defendants' motion to dismiss. Dkt. No. 86. Plaintiff's request is GRANTED. The deadline for Plaintiff's response is now **July 24, 2022**.

The Court notes, however, that in the future the parties should confer with one another and seek consent before filing any such requests.

SO ORDERED.

Dated:    New York, New York
            June 28, 2022

                                                _____
                                                JENNIFER E. WILLIS
                                                United States Magistrate Judge