```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────

DURVEN CARL DAWES,

                Plaintiff,

            20-cv-1417 (JGK)

   - against –

            ORDER

NEW YORK CITY HOUSING AUTHORITY, et al.,

                Defendants.

───────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendants should provide the court with courtesy copies of the pending motions to dismiss.

**SO ORDERED.**

Dated:    New York, New York
           August 29, 2022

                          /s/ John G. Koeltl
                             John G. Koeltl
                      **United States District Judge**