UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURVEN CARL DAWES,

        Plaintiff.

- against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

        Defendants.

20-cv-1417(JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendants may move or answer the plaintiff's Third Amended Complaint, ECF No. 101, by 3/1/23. If the defendants choose to file a motion to dismiss, the plaintiff may respond by 3/22/23. The defendants may reply thereafter by 4/3/23.

SO ORDERED.
Dated:    New York, New York
           February 14, 2023

                                      John G. Koeltl
                              United States District Judge

Copy mailed to pro se party(ies)
at docket address