```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

DURVEN CARL DAWES,

            Plaintiff,

    - against -

NEW YORK CITY HOUSING AUTHORITY, ET AL.,

            Defendants.

───────────────────────────────────────

20-cv-1417 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **March 16, 2023.**

**SO ORDERED.**

Dated:    New York, New York
           March 2, 2023

                              /s/ John G. Koeltl_____
                                  **John G. Koeltl**
                          **United States District Judge**