UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURVEN CARL DAWES,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>NEW YORK CITY HOUSING AUTHORITY et al.,<br><br>　　　　　　　　　　Defendants. | 20-cv-1417 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

　　Discovery in this case closed on March 29, 2024. Dkt. 128. By April 5, 2024, the parties shall submit a joint letter (1) proposing a summary-judgment briefing schedule and (2) addressing whether this case should still be marked "stayed" on ECF.

　　SO ORDERED.

Dated: April 1, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge