UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURVEN DAWES,

                          Plaintiff,

          -against-

KAREN MOYE et al.,

                          Defendants.

20-cv-1417 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        The parties are directed to file a joint letter with the Court by NOVEMBER 9, 2024, regarding the status of the mediation process and the parties' progress towards settlement.

        SO ORDERED.

Dated: October 11, 2024
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge