UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURVEN DAWES,

                Plaintiff,

-against-

KAREN MOYE et al.,

                Defendants.

20-cv-1417 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On November 13, 2024, the Court held a hearing on plaintiff's counsel's motion to withdraw. *See* Dkt. 140. Defendants' counsel, plaintiff's counsel, and plaintiff himself attended. During the hearing, the parties addressed the pending motion to withdraw and the ongoing settlement negotiations between the parties.

In light of the settlement negotiations, the Court will continue to stay all deadlines in this case. *See* Dkt. 146. The parties are ORDERED to appear for a conference on January 13, 2025 at 3:00 pm in Courtroom 15A. The parties may move to cancel this conference if they come to an agreement to settle this case in the meantime.

SO ORDERED.

Dated: November 14, 2024
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge