UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DURVEN DAWES,<br><br>                    Plaintiff,<br><br>          -against-<br><br>KAREN MOYE et al.,<br><br>                    Defendants. | 20-cv-1417 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

By **Thursday, January 9, 2025**, the parties should advise the Court as to whether they would like to proceed with the January 13, 2025 conference. If the parties intend to keep the conference, the parties should also advise the Court as to what topics they would like the Court to address at the conference.

SO ORDERED.

Dated: January 6, 2025
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge