

**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET
NEW YORK, NY 10007

http:/nyc.gov/nycha

**LISA BOVA-HIATT**
Chief Executive Officer
**DAVID ROHDE**
EVP of Legal Affairs and General Counsel

WRITER'S DIRECT LINE
(212) 776-5211

January 9, 2025

The request is GRANTED. The conference is adjourned to March 13, 2025 at 3:00 PM ET. No further extensions. That means, the parties should work diligently to have a final deal in place before March 13, 2025.

The Clerk of Court is directed to terminate the motion at Dkt. 154.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: January 10, 2025

**VIA CM/ECF**

United States District Court
Southern District of New York
Honorable Judge Arun Subramanian, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    *Dawes v. Moye, et al.*; No. 1:20-cv-01417-AS-JW
       Status Update and Request for Adjournment of January 13, 2025, Conference

Dear Judge Subramanian:

Plaintiff Durven Dawes and Defendants Karen Moye, Diana Fong, Anita Lal, Kimberly Taylor, Monique McLeod, Sonji Logan, Lynnette Hill, Mohammed Zubair, Tobi Brown, Lorraine Phillips, Bianca Jones, Shang Scarborough, Chris Jorge, Freddy Wilson, and Vladislav Sosunov (collectively, "Defendants") submit this joint letter to update the Court regarding their ongoing efforts to resolve this matter, in response to the Court's order as to the necessity of the January 13, 2025, conference, and to request a 60-day adjournment of said conference.

In the last two months, both Mr. Dawes and his son, Mr. Devon Maddox, have cooperated with the New York City Housing Authority's ("Housing Authority") requests to submit the outstanding annual recertifications, including providing the Housing Authority with income information and proof of income documentation. The Housing Authority is currently in the process of reviewing the received documentation for any missing or incomplete information, verifying the reported information with the relevant third parties, and recalculating the gross household income and retroactive rent for the outstanding years to determine Plaintiff's potential arrears. At this time, the Housing Authority needs more time to verify all of the information reported by Mr. Dawes and Mr. Maddox and to ensure that any information and documentation that federal rules and regulations require the Housing Authority to collect has been submitted and is complete.

So long as the Housing Authority receives the necessary information and documentation from Mr. Dawes and Mr. Maddox, the parties fully expect to reach a settlement on the terms

presented by Mr. Dawes at the last conference on November 13, 2024.  Accordingly, the parties respectfully request that the Court adjourn the January 13, 2025, conference for 60 days to allow the Housing Authority sufficient time to complete its review process, request further information or documentation, if necessary, and to allow the parties to reach a settlement on the previously presented terms.

Thank you for your time and consideration of this request.

Respectfully submitted,


*/s/ Ted Ovrom*
Samuel Nitze
Ted Ovrom
Maheema Haque
Jonathan Abrams
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 5th Avenue
New York, NY 10016
(212) 849-7000
TedOvrom@quinnemanuel.com
*Attorneys for Plaintiff*

/s/ Alexander E. Lloyd
DAVID ROHDE
Executive Vice President of Legal Affairs
and General Counsel
Alexander E. Lloyd, Of Counsel
New York City Housing Authority
90 Church Street, 11th Floor
New York, NY 10007
(212) 776-5211
Alexander.Lloyd@nycha.nyc.gov
*Attorneys for Defendants*