UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DURVEN DAWES,

                Plaintiff,

-against-

KAREN MOYE et al.,

                Defendants.

20-cv-1417 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    By **Friday, March 7, 2025**, the parties should provide an update on the settlement and advise the Court as to whether they would like to proceed with the March 13, 2025 conference. If the parties intend to keep the conference, the parties should advise the Court as to what topics they would like the Court to address.

    SO ORDERED.

Dated: February 25, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge